ARTURO D'ALOISIO and Others v. BAREN, LEHRMAN & BERLER, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before May 15, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

SYLVAN HOFFMAN v. PAPER, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before May 9, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE NEW YORK TRUST COMPANY, as Trustee, v. AMERICAN REALTY COMPANY and Others.— Preference granted for May 6, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SOLOMON GIRSCH.— Preference granted for May 13, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of HENRY BENDHEIM, Deceased.— Preference granted for May 7, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

MAY H. SULLIVAN, as Administratrix, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY.— Preference granted for May 8, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of RAMON GUITERAS, Deceased.— Preference granted for May 13, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of GEORGE H. BUSCHMANN, Deceased.— Preference granted for May 13, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CHARLES H. DARMSTADT v. THE CITY OF NEW YORK.— Preference granted for May 12, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

FREDERICK K. RUPPRECHT v. CHARLES O. READ and Others, as Executors, etc.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

HENRY S. ROCHELLE v. LOUIS BERLOWITZ.— Motion granted and appellant's time extended to May 14, 1925, on condition stated in order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

FIRST NATIONAL BANK OF BRECKENRIDGE, TEXAS, v. H. R. KUNHARDT and Others, Impleaded, etc.— Motion for stay denied, with ten dollars costs, defendants' time to answer extended for ten days after service of order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DOROTHY M. FURMAN, Respondent, v. DAVID W. CADE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

NATIONAL SURETY COMPANY, Respondent, v. LOUIS COHEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GEORGE E. THROCKMORTON, Appellant, v. CHARLES G. MEINKEN, Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.